# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Eleazar Atondo-Arellanes,<br>a.k.a.: Eliazar Atondo-Arellanes,<br>a.k.a.: Eleazar Atondo Arellanes,<br>(A 205 927 665)<br>*Defendant* | Case No. 16-6486mj |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 4, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Eleazar Atondo-Arellanes, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at El Paso, Texas, on or about January 28, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

_____
Complainant's signature

Marcus D. Leggett,
Deportation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: November 3, 2016

_____
Judge's signature

David K. Duncan,
United States Magistrate Judge
Printed name and title

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On May 4, 2016, Eleazar Atondo-Arellanes was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While in custody at the MCJ, Atondo-Arellanes was encountered by ICE Officer M. Marquez who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 1, 2016, Atondo-Arellanes was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Atondo-Arellanes was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Eleazar Atondo-Arellanes to be a citizen of Mexico and a previously deported alien. Atondo-Arellanes was removed from the United States to Mexico through El Paso, Texas, on or about January 28, 2014, pursuant to an order of removal issued by an immigration official. There is no record of Atondo-Arellanes in any Department of Homeland Security database to suggest

1

that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Atondo-Arellanes' immigration history was matched to him by electronic fingerprint comparison.

4. On November 1, 2016, Eleazar Atondo-Arellanes was advised of his constitutional rights. Atondo-Arellanes freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about May 4, 2016, Eleazar Atondo-Arellanes, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at El Paso, Texas, on or about January 28, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 3rd day of November, 2016.

_____
David K. Duncan,
United States Magistrate Judge